■ In the Matter of MATTHEW MITCHELL, Appellant, v ONTARIO COUNTY et al., Respondents. [939 NYS2d 905]—Appeal from a judgment of the Supreme Court, Ontario County (William F. Kocher, A.J.), entered August 4, 2010 in a proceeding pursuant to CPLR article 78. The judgment denied and dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.

■ In the Matter of FRANCES S. BRADLEY, Respondent, v TOWN OF BOONVILLE ZONING BOARD OF APPEALS, Respondent. FORREST C. BARTELOTTE et al. Intervenors-Appellants. (Appeal No. 1.) [939 NYS2d 898]—Appeal from an order of the Supreme Court, Oneida County (Bernadette T. Clark, J.), entered February 18, 2011 in a proceeding pursuant to CPLR article 78. The order granted petitioner two variances.

It is hereby ordered that said appeal is unanimously dismissed without costs (see Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988 [1988]; Chase Manhattan Bank, N.A. v Roberts & Roberts, 63 AD2d 566, 567 [1978]; see also CPLR 5501 [a] [1]). Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.

■ In the Matter of FRANCES S. BRADLEY, Respondent, v TOWN OF BOONVILLE ZONING BOARD OF APPEALS, Respondent. FORREST C. BARTELOTTE et al., Intervenors-Appellants. (Appeal No. 2.) [939 NYS2d 905]—Appeal from a judgment of the Supreme Court, Oneida County (Bernadette T. Clark, J.), entered July 25, 2011 in a proceeding pursuant to CPLR article 78. The judgment granted petitioner two variances.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.